20180031371

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**

2

| DATE OF CRASH | TIME (0000) | DISTRICT | TROOP | | | PAGE # |
|---|---|---|---|---|---|---|
| 0 8 2 5 2 0 1 8 | 1 7 5 4 | | L | LAT. 30.3482604° | | 0 1 |

PARISH: St. Tammany    PARISH CODE 52    LONG. -90.04538°

| | Quadrant | Service Road |
|---|---|---|
| CITY OR TOWN | CITY CODE | NW☐ SW☐  N☐ E☐ |
| | | NE☐ SE☐  S☐ W☐ |

**CRASH OCCURRED ON**
A. INTERSTATE
B. U.S. HWY
C. STATE HWY
D. PARISH ROAD
E. CITY STREET
F. OFF ROAD PRIVATE PROPERTY
G. TOLL ROAD

**C**

HIGHWAY # 1082    MILEPOST 1.8    ROADWAY NAME

DISTANCE 1.8    MILES ☒ N☐  NE☐    STREET/HIGHWAY  LA 21  ☐ AT INTERSECTION  ☒ NOT AT INTERSECTION
FEET ☐ N☒  SW☐

DISTANCE    MILES ☐ N☐  NE☐    STREET/HIGHWAY  ☐ AT INTERSECTION  ☐ NOT AT INTERSECTION
FEET ☐ S☐  SW☐

WORK ZONE ☐    HIT & RUN ☐
PUBLIC PROPERTY DAMAGE ☐    PHOTOS MADE ☒
RR TRAIN INVOLVED ☐    FATALITY ☒
PED ☐    INJURY ☐

---

## CONTRIBUTING FACTORS AND CONDITIONS
WRITE APPROPRIATE LETTER IN BLOCK

**ROAD SURFACE** (ONE PER COLUMN)

| A | B |
|---|---|
| A | B |

A. DRY
B. WET
C. SNOW/SLUSH
D. ICE
E. CONTAMINANT (SAND, MUD, DIRT, OIL, ETC.)
Y. UNKNOWN

A. CONCRETE
B. BLACK TOP
C. BRICK
D. GRAVEL
E. DIRT
Y. UNKNOWN
Z. OTHER

**ROADWAY CONDITIONS**  **A**

A. NO ABNORMALITIES
B. SHOULDER ABNORMALITY
C. HOLES
D. DEEP RUTS
E. BUMPS
F. LOOSE SURFACE MATERIAL
G. CONSTRUCTION, REPAIR
H. OVERHEAD CLEARANCE LIMITED
I. CONSTRUCTION - NO WARNING
J. PREVIOUS CRASH
K. WATER ON ROADWAY
L. ANIMAL IN ROADWAY
M. OBJECT IN ROADWAY
Z. OTHER

**TYPE OF ROADWAY**  **B**

A. ONE-WAY ROAD
B. TWO-WAY ROAD WITH NO PHYSICAL SEPARATION
C. TWO-WAY ROAD WITH A PHYSICAL SEPARATION
D. TWO-WAY ROAD WITH A PHYSICAL BARRIER
Y. UNKNOWN
Z. OTHER

**ALIGNMENT**  **A**

A. STRAIGHT-LEVEL
B. STRAIGHT-LEVEL ELEVATED
C. CURVE-LEVEL
D. CURVE-LEVEL ELEVATED
E. ON GRADE-STRAIGHT
F. ON GRADE-CURVE
G. HILLCREST-STRAIGHT
H. HILLCREST-CURVE
I. DIP, HUMP-STRAIGHT
J. DIP, HUMP-CURVE
Y. UNKNOWN
Z. OTHER

**PRIMARY FACTOR**  **A**

**SECONDARY FACTOR**  **B**

A. VIOLATIONS
B. MOVEMENT PRIOR TO CRASH
C. VISION OBSCUREMENTS
D. CONDITION OF DRIVER
E. VEHICLE CONDITIONS
F. ROAD SURFACE
G. ROADWAY CONDITION
H. LIGHTING
I. WEATHER
J. TRAFFIC CONTROL
K. KIND OF LOCATION
L. CONDITION OF PEDESTRIAN
M. PEDESTRIAN ACTIONS

**WEATHER**  **A**

A. CLEAR
B. CLOUDY
C. RAIN
D. FOG/SMOKE
E. SLEET/HAIL
F. SNOW
G. SEVERE CROSSWIND
H. BLOWING SAND, SOIL, DIRT, SNOW
Y. UNKNOWN
Z. OTHER

**KIND OF LOCATION**  **E**

A. MANUFACTURING OR INDUSTRIAL
B. BUSINESS CONTINUOUS
C. BUSINESS, MIXED RESIDENTIAL
D. RESIDENTIAL DISTRICT
E. RESIDENTIAL SCATTERED
F. SCHOOL OR PLAYGROUND
G. OPEN COUNTRY
Z. OTHER

**RELATION TO ROADWAY**

A. ON ROADWAY
B. SHOULDER
C. MEDIAN
D. BEYOND SHOULDER - LEFT
E. BEYOND SHOULDER - RIGHT
F. BEYOND RIGHT OF WAY
G. GORE
Y. UNKNOWN
Z. OTHER

**ACCESS CONTROL**  **A**

A. NO CONTROL (UNLIMITED ACCESS TO ROADWAY)
B. PARTIAL CONTROL LIMITED ACCESS TO ROADWAY
C. FULL CONTROL (ONLY RAMP ENTRANCE & EXIT)
Y. UNKNOWN
Z. OTHER

**LIGHTING**  **A**

A. DAYLIGHT
B. DARK - NO STREET LIGHTS
C. DARK - CONTINUOUS STREET LIGHT
D. DARK - STREET LIGHT AT INTERSECTION ONLY
E. DUSK
F. DAWN
Y. UNKNOWN
Z. OTHER

---

**VEHICLE CONFIGURATION**

A. PASSENGER CAR
B. LT. TRUCK (P.U., ETC.)
C. VAN
E. MOTORCYCLE
F. PEDALCYCLE
G. OFF-ROAD VEHICLE
T. FARM EQUIPMENT
V. MOTOR HOME
S. SUV
Z. OTHER

**CARGO BODY TYPE**

A. BUS
B. VAN/ENCLOSED BOX
C. CARGO TANK
D. FLATBED
E. DUMP TRUCK/TRAILER
F. CONCRETE MIXER
G. AUTO TRANSPORTER
H. LOG TRUCK/TRAILER
I. GARBAGE/REFUSE
J. HOPPER
K. POLE TRAILER
X. NO CARGO BODY
Z. OTHER

---

| | TIME CALLED | ARRIVED SCENE | DEPARTED SCENE | ARRIVED HOSPITAL | | TIME CALLED | ARRIVED SCENE |
|---|---|---|---|---|---|---|---|
| X AMBULANCE | 1 7 5 7 | 1 8 0 2 | 1 8 2 0 | 1 8 3 1 | RESCUE UNIT | | |

AMBULANCE SERVICE  Acadian    FIRE DEPARTMENT

---

| | NAME OF AGENCY | TIME OF NOTIFICATION | TIME OF ARRIVAL | TIME ALL LANES OPENED |
|---|---|---|---|---|
| | LADPS | 1 7 5 4 | 1 8 0 9 | 1 8 2 1 |

Y/N **Y**    INVESTIGATING POLICE AGENCY **A**    A. STATE  C. PARISH
B. CITY  Z. OTHER

DATE REPORT COMPLETED  0 9 0 3 2 0 1 8

INVESTIGATING OFFICER'S NAME (PRINT)  Paul Strickland

*Paul Strickland*
*2440*

BADGE # 2 4 4 0    SUPERVISOR'S INITIALS OR BADGE# aodom

DPS&P 3105 (REV. MAR. 2005)

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE / PEDESTRIAN**

COMPUTER NUMBER: 2 0 1 8 0 0 3 1 3 7 1

PAGE #: 2

1 VEH # OR PEDESTRIAN

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|------|-----------------|------|------|-------|---------|---------|---------|
| S | X see page 1 for selections | 2017 | Acura | MDX | 4 | 2 | 4 |

VIN: 5 F R Y D 4 H 9 8 H B 0 3 1 5 1 2

VEHICLE TOWED: A — A. YES B. NO C. LEFT AT SCENE

REMOVED BY: Jenkin's Wrecker

| YEAR | STATE | NUMBER | TYPE |
|------|-------|--------|------|
| 2019 | LA | 426AKT | Passenger |

REASON TOWED: A — A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER

| YEAR | MAKE | TYPE | YEAR | STATE | NUMBER |
|------|------|------|------|-------|--------|
| | None | | | | |

COMMERCIAL/BUSINESS VEHICLE ☐   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE X

N          N          N    N

NAME (LAST, FIRST, MI) OF: X DRIVER ☐ PEDESTRIAN

Robinson, Jennifer P          0 9 1 1 1 9 6 5

| POSI-TION | SAFC-TRN | TRAV EXTRG CATED | AIR BAG | CCD FRNT SYS | VER | RACE | AGE | INJURY |
|-----------|----------|------------------|---------|--------------|-----|------|-----|--------|
| A | A | A | A | F | W | 5 | 2 | E |

STREET ADDRESS: 77011 Hwy 1082

TELEPHONE #: _____

CITY: Covington   STATE: LA   ZIP: 70435

STATE: LA   CLASS: E   ENDORSEMENTS: ___   DRIVER'S LICENSE NUMBER: 6879627

INSTRUCTED TO EXCHANGE INFORMATION? Y/N: Y

TRANSPORTED TO MEDICAL FACILITY: B — A. YES B. NO C. REFUSED AID Y. UNKNOWN

NAME OF FACILITY: _____

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): The King, Church Of

TELEPHONE #: _____

STREET ADDRESS: 22205 Little Creek

CITY: 75063   STATE: LA   ZIP: _____

INSURANCE CO. NAME: State Farm (NOT AGENCY NAME)

POLICY NUMBER: 1843241099

EXPIRATION DATE: 12012018

AGENT'S NAME/ADDRESS: 1 State Farm Plaza Bloomington IL 61

PHONE #: (800) 732-5246

OCCUPANT'S NAME (LAST, FIRST, MI): _____

| POSI-TION | SAFC-TRN | TRAV EXTRG CATED | AIR BAG | CCD FRNT SYS | VER | RACE | AGE | INJURY |
|-----------|----------|------------------|---------|--------------|-----|------|-----|--------|
| | | | | | | | | |

STREET ADDRESS: _____

CITY: ___   STATE: ___   ZIP: ___

TRANSPORTED TO MEDICAL FACILITY: A. YES B. NO C. REFUSED AID Y. UNKNOWN

NAME OF FACILITY: _____

OCCUPANT'S NAME (LAST, FIRST, MI): _____

| POSI-TION | SAFC-TRN | TRAV EXTRG CATED | AIR BAG | CCD FRNT SYS | VER | RACE | AGE | INJURY |
|-----------|----------|------------------|---------|--------------|-----|------|-----|--------|
| | | | | | | | | |

STREET ADDRESS: _____

CITY: ___   STATE: ___   ZIP: ___

TRANSPORTED TO MEDICAL FACILITY: A. YES B. NO C. REFUSED AID Y. UNKNOWN

NAME OF FACILITY: _____

| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) B - FRONT SEAT-MIDDLE C - FRONT SEAT-RIGHT SIDE D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) E - SECOND SEAT-MIDDLE F - SECOND SEAT-RIGHT SIDE G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) H - THIRD ROW-MIDDLE I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK) K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) M - PASSENGER ON TRAIN OR STREETCAR N - TRAILING UNIT O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) Y - UNKNOWN | A - NOT EJECTED B - TOTALLY EJECTED C - PARTIALLY EJECTED Y - UNKNOWN | A - NOT TRAPPED B - TRAPPED/EXTRI-CATED C - TRAPPED/NOT EXTRICATED Y - UNKNOWN | A - DEPLOYED B - NON DEPLOYED C - NON-DEPLOY-ED/SWITCH OFF D - NOT APPLICABLE Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT B - SHOULDER BELT ONLY USED C - LAP BELT ONLY USED D - SHOULDER AND LAP BELT USED E - CHILD SAFETY SEAT IMPROPERLY USED F - CHILD SAFETY SEAT USED G - HELMET USED Y - RESTRAINT USE UNKNOWN | A - FATAL B - INCAPACITA-TING/SEVERE C - NON-INCAPA-CITATING/MODERATE D - POSSIBLE/COMPLANT E - NO INJURY |
|---|---|---|---|---|---|---|

DPSSP 3105 (REV. JAN. 2008)

**WRITE APPROPRIATE LETTER IN BLOCK**

## CONTRIBUTING FACTORS AND CONDITIONS

20180031371   PAGE #  3
Veh # 1

### VISION OBSCURANTS — [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLE
J. MOVING VEHICLE
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION — [K]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
X. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL — [Q]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED — [B]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Z. OTHER

### DRIVER DISTRACTION — [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT — [L]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO COMMOTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS — [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### NON COLLISION

N. OVERTURN/ROLLOVER
O. FIRE/EXPLOSION
P. IMMERSION
Q. JACKKNIFE
R. CARGO/EQUIPMENT LOSS OR SHIFT
S. FELL/JUMPED FROM MOTOR VEHICLE
T. THROWN OR FALLING OBJECT
U. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
V. SEPARATION OF UNITS
W. DOWNHILL RUNAWAY
Y. RAN OFF ROAD RIGHT
Z. RAN OFF ROAD LEFT
I. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

### COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT

O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

### MOVEMENT PRIOR TO CRASH — [I]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING IMPROPER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING FREEWAY FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION — [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
X. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING — [C]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS — [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING OBSCURED OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### SEQUENCE OF EVENTS/HARMFUL EVENTS

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [L]
2nd [S]
3rd [K]
4th [ ]

MOST HARMFUL EVENT
[S]

### ALCOHOL/DRUG INVOLVEMENT — [A]

ALCOHOL/DRUGS SUSPECTED
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL — [D]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC    .000 %

DRUGS — [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

### DIRECTION BEFORE CRASH

| HEADED | ON HIGHWAY, STREET OR DRIVE |
|--------|------------------------------|
| N | LA 1082 |

| FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT |
|----------------------------|--------------------------------|
| Off Roadway | 30.5 |

### SPEED

| EST. | POSTED |
|------|--------|
| 12 | 55 |

### SKIDMARK DATA (FEET)

| FR | FL | RR | RL |
|----|----|----|----|
|    |    |    |    |

### DAMAGE TO VEHICLE

**AREA DAMAGED** — [E] 1ST

**EXTENT OF DEFORMITY** — [E]
1ST
N. NONE
B. VERY MINOR
C. MINOR
D. MINOR/MODERATE
E. MODERATE
F. MODERATE/SEVERE
G. SEVERE
H. VERY SEVERE
Y. UNKNOWN

N- UNDER-CARRIAGE
D- TOTAL
P- OTHER
Y- NONE
Y- UNKNOWN

2ND
3RD

### CITATIONS

L3640574: 32:104 32:295.1

NOTICE OF INSURANCE VIOLATION ............... ☐

PSS

**COMPUTER NUMBER** 2018003 1371

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
VEHICLE/PEDESTRIAN

PAGE # 4

| 2 VEH # | OR | ☐ PEDESTRIAN |

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| E | X see page 1 for selections | 2017 | Honda | CBR | 0 | 2 | 2 |

JH2SC7701HK000613

VEHICLE TOWED: A  A-YES B-NO C-LEFT AT SCENE
REMOVED BY: Jenkin's

| YEAR | STATE | NUMBER | TYPE |
|---|---|---|---|
| 2022 | LA | MC620870 | Motorcycl |

REASON TOWED: A
A. VEHICLE DAMAGE
B. DRIVER ARRESTED
C. INSURANCE VIOLATION
Z. OTHER

| YEAR | MAKE | TYPE | YEAR | STATE | NUMBER |
|---|---|---|---|---|---|
| | None | | | | |

COMMERCIAL/BUSINESS VEHICLE ☐   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE X

N          N          N          N

NAME (LAST, FIRST, MI) OF  X DRIVER  ☐ PEDESTRIAN

Silva, Ricardo Jesus           03151992

STREET ADDRESS  27084 Carter Guillette   TELEPHONE #
CITY  Bush   STATE LA   ZIP 70431

| POSI-TION | EJEC-TION | TRPD/EXTRI-CATED | AIR BAG | COD FRNT SYS | VER | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| A | B | A | D | G | M | W | 26 | A |

TRANSPORTED TO MEDICAL FACILITY: A  A-YES C-REFUSED AID  B-NO Y-UNKNOWN

| STATE | CLASS | ENDORSEMENTS | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| LA | E | M | 11606139 |

INSTRUCTED TO EXCHANGE INFORMATION? Y/N N
NAME OF FACILITY STPH

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)

X   Silva, Ricardo Jesus           TELEPHONE #

STREET ADDRESS  27084 Carter Guillette
CITY  Bush   STATE LA   ZIP 70431

INSURANCE CO. NAME  Allstate (NOT AGENCY NAME)   POLICY NUMBER  815181669   EXPIRATION DATE  09012018

AGENT'S NAME/ADDRESS  P.O Box 660636 Dallas TX 75266   PHONE #  (800) 877-8973

OCCUPANT'S NAME (LAST, FIRST, MI)

| POSI-TION | EJEC-TION | TRPD/EXTRI-CATED | AIR BAG | COD FRNT SYS | VER | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STREET ADDRESS
TRANSPORTED TO MEDICAL FACILITY: A-YES C-REFUSED AID  B-NO Y-UNKNOWN
CITY   STATE   ZIP   NAME OF FACILITY

OCCUPANT'S NAME (LAST, FIRST, MI)

| POSI-TION | EJEC-TION | TRPD/EXTRI-CATED | AIR BAG | COD FRNT SYS | VER | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STREET ADDRESS
TRANSPORTED TO MEDICAL FACILITY: A-YES C-REFUSED AID  B-NO Y-UNKNOWN
CITY   STATE   ZIP   NAME OF FACILITY

| | | | | | |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRI-CATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOY-ED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT USED<br>F - CHILD SAFETY SEAT IMPROPERLY USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITA-TING/SEVERE<br>C - NON-INCAPA-CITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPS06 3105 (REV. JAN. 2009)

# CONTRIBUTING FACTORS AND CONDITIONS

WRITE APPROPRIATE LETTER IN BLOCK

20180031371   PAGE #  5
Veh # 2

## VISION OBSCUREMENTS  [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

## VIOLATION  [A]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

## TRAFFIC CONTROL  [Q]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
Y. NO CONTROL
X. UNKNOWN
Z. OTHER

## CONDITION OF DRIVER/PED  [A]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

## DRIVER DISTRACTION  [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

## REASON FOR MOVEMENT  [P]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PARKING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION FAILURE
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
N. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

## PEDESTRIAN ACTIONS  [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

## VEHICLE LIGHTING  [A]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

## TRAFFIC CONTROL CONDITIONS  [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

## NON COLLISION

A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

## COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT

A. PEDESTRIAN
B. PEDALCYCLE
C. RAILWAY VEHICLE (TRAIN, ENGINE)
D. ANIMAL

## MOVEMENT PRIOR TO CRASH  [B]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTILANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

## SEQUENCE OF EVENTS/HARMFUL EVENTS

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

### COLLISION WITH FIXED OBJECT

X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE STANDING
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st  [S]
2nd  [F]
3rd  [K]
4th

MOST HARMFUL EVENT  [S]

## VEHICLE CONDITION  [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

## ALCOHOL/DRUG INVOLVEMENT  [A]

ALCOHOL/DRUGS SUSPECTED
A. NEITHER ALCOHOL NOR DRUGS
B. ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL  [C]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC  [ ][ ][ ] %

DRUGS  [B]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUG REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

## DIRECTION BEFORE CRASH

| HEADED | ON HIGHWAY, STREET OR DRIVE | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|--------|------------------------------|-----------------------------|---------------------------------|-----------|--------|--------------------------|-----|------|-----|
| S | LA 1082 | Off Roadway | 50.8 | 64 | 55 | 77' | | 127' | |

## DAMAGE TO VEHICLE

AREA DAMAGED  [F]  1ST

EXTENT OF DEFORMITY  [A]
1ST
O- NONE
A- VERY MINOR
B- MINOR
C- MINOR/MODERATE
D- MODERATE
E- MODERATE/SEVERE
G- SEVERE
Y- UNKNOWN

N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
X- NONE
Y- UNKNOWN

2ND
3RD

## CITATIONS

None:

NOTICE OF INSURANCE VIOLATION ............... [ ]

PSS
INVESTIGATING OFFICER'S INITIALS

OFFICER'S NARRATIVE: DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

PAGE # 6

REFER TO EACH BY VEHICLE NUMBER

# 2 0 1 8 0 0 3 1 3 7 1

[SEE NARRATIVE PAGE]

| NON-COLLISION WITH MOTOR VEHICLE A | REAR END B | HEAD-ON C | RIGHT ANGLE D | LEFT TURN E | LEFT TURN F | LEFT TURN G |
|---|---|---|---|---|---|---|
| RIGHT TURN H | RIGHT TURN I | SIDESWIPE SAME J | SIDESWIPE OPPOSITE K | OTHER _____ Z | | MANNER OF COLLISION **F** |



LA 1082

N

NOT TO SCALE

POR

P.O.I.

Private Drive

Private Drive

Private Drive

POR

**Initial Observations:**

On 08-25-2018 at 1757 hrs, I was notified by Troop L dispatch of a crash on LA 1082 at milepost #1.8 north of LA 21.  Upon my arrival on scene I observed a dark colored Acura MDX (vehicle #1) facing northwest off the west side of the roadway. Vehicle #1 had extensive damage to its rear right quarter panel. The driver of vehicle #1 was still on scene standing just west of vehicle #1. Walking east I observed a red and white Honda motorcycle (vehicle #2) off the east side of the roadway. Vehicle #2 was laying on its right side facing north.  Vehicle #2 had severe damage to the front forks. Driver #2 had been ejected upon impact and was laying face up approximately 3.5 feet south of vehicle #2.

**Pre-crash Phase:**

Vehicle #1 was traveling northbound on LA 1082 slowing in preparation for a left turn into private drive.  Vehicle #2 was traveling southbound on LA 1082 with its headlight on. As vehicle #1 traveled northbound it began it's left turn.  Vehicle #1 was operated by Jennifer P. Robinson LA DL#6879627. Vehicle #2 was operated by Ricardo Silva LA DL#11606139. At the time of the crash Mr. Silva was wearing a full face DOT approved helmet and had a motorcycle endorsement.

**Crash phase:**

Vehicle #1 crossed the center and entered into the southbound lane while making its left turn. Vehicle #1 was completely within the southbound lane prior to impact.  With vehicle #1 crossing the southbound lane as it turned, vehicle #2 was left with no path to avoid the crash. Driver #2 applied his brakes in an attempt to stop. Vehicle #2 struck the rear right side of vehicle #1.  Upon impact driver #2 was ejected from the motorcycle and struck the rear right quarter panel of vehicle #1.  Vehicle #1 traveled 30ft five inches after impact coming to final rest off the west side of the roadway.  Vehicle #2 traveled 50ft eight inches after impact coming to final rest off the east side of the roadway.

**Post crash Phase investigation:**

**-Scene management-**

        While on scene I was assisted by Lt. Rickie Guman, Tpr. David Levy, Dpy. Ben Moreno, and Dpy. Patrick Penton. Driver #2 was transported to St. Tammany Hospital by Acadian ambulance where he was pronounced dead by Dr. Ross Doray at 18:56hrs.  Following the initial investigation vehicle #1 and #2 were removed from the scene by Jenkins' wrecker.

**-Vehicles-**

        Vehicle #1- was a black 2017 Acura MDX bearing the LA license plate 426AKT. Vehicle #1 was operated by Jennifer Robinson. Vehicle #1 sustained damage to the rear right passenger door and quarter panel. Impact with vehicle #2 caused the rear right axle assembly to be pushed towards the rear of the vehicle.  Vehicle #1 also had orange scuff marks on the rear right quarter panel from driver #2's shirt. Vehicle #1's airbags did deploy upon impact.
Vehicle #1 had Continental Cross Contact tires (P245/75/R20). Tread depths are as follows. Front left: 33PSI 4/32, Rear left: 33PSI 8/32, Rear Right: 0PSI 7/32, Front right 33PSI 4/32.

        -Vehicle #2 was a red and white 2017 Honda CBR motorcycle bearing LA license plate MC620870. Vehicle #2 was operated by Riccardo Silva Jr. Vehicle #2 suffered severe damage to the front of the bike. The front forks were pushed back to the rear and all cladding was missing. Both the left and right handle bars were broken off.  The motor on vehicle #2's right side was cracked exposing its internals. Driver #2 was wearing a DOT approved helmet which also suffered damage from the crash.
Vehicle #2 had DuPont front tire and ConitMOTION rear tire. The pressures and depths are as follows: Rear deflated, 7/32, front deflated, 2/32.

**-Physical Evidence/Roadway-**

Further investigation showed that vehicle #2's main headlight was illuminated at the time of the crash due to the fact that rear tail lights were on.  In addition to the tail lights all Honda CBR motorcycles

FSS

illuminate the front headlight once the engine is started. This feature cannot be turned off and is mandated by the NTSB.

The location of impact was just to the right of center in the southbound lane. This impact location, along with vehicle #2's angle of impact, suggests that vehicle #2 did not make an attempt to veer.  The skid mark suggests that driver #2's only avoidance measure was applying the brakes. Vehicle #2 left one 127ft of skid marks prior to impact.

At the location of the crash LA 1082 is a two lane paved asphalt section of roadway with no shoulders. The section of roadway is clearly marked with reflective striping and center reflectors.  The condition of the roadway at the time of the crash was very good with no debris or abnormalities.  At the location of the crash both north and southbound lanes are 11ft in width.

-Crash Data Recorder (CDR) Download-

Vehicle #1 was equipped with an Airbag Control Module (ACM) that recorded critical information prior to the crash.  On 8/28/2018 Judge August Hand signed the search warrant which I executed (8/28/2018 2000hrs) on vehicle #1. One file was recovered from the ACM and is attached to this report.  With the evidence recovered from the CDR it was determined that driver #1 was unbuckled during the crash. It was also determined that vehicle #1 was traveling 12 mph while making its turn.

-Speed estimation-

Vehicle #2 left a skid mark of one hundred twenty seven feet prior to impact.  Using this information, along with other data, Sgt. Chris McClelland (LSP Troop L)was able to calculate vehicle #2's speed between 62mph to 64mph prior to impact. (see attached for supplemental for calculations)

-Drivers-

Driver #1 was transported to Troop L by Tpr. D. Levy where she submitted to a breath alcohol test using the Intoxalizer 9000.  Upon conclusion of the test the results indicated that Driver #1 had a BAC of .000g%.  During the course of the investigation at no point did I, or Tpr. Levy, observe any signs of impairment on the part of Driver #1. Driver #1 provided a written statement explaining that she was not speeding and slowed for the turn onto her driveway. Driver #1 also explained that she checked for oncoming traffic before making her turn. Driver #1 then stated that while turning she saw the motorcycle coming at "Top Speed."

Driver #2's blood was taken by the St. Tammany parish coroner's office for further analysis.  Alcohol and drug use is not suspected in the crash. Results of the test will follow this initial report in the form of a supplemental. Notification of Mr. Silva's death was made to his father (Ricardo Silva Sr.) by Lt. R. Guhman at 20:18hrs

-Photos and Measurements-

Photographs were taken using my Louisiana State Police issued digital camera. Initial measurements were first taken by Dpy. B. Mureno with a digital Stanley roll-a-tape; further measurements were taken electronically using the NPL-332 Nikon Total Station SN#0416129. A post-crash scale diagram was produced using these measurements.

- Witness Information-

Off duty STPSO deputy Chris Graham was traveling northbound approximately 100 yards behind vehicle #1. Dpy. Graham explained in his statement that he observed vehicle #1 travel off the left side of the roadway and saw a large cloud of smoke. Dpy. Graham assisted on scene till help arrived and concluded his statement by stating just after the collision he observed no southbound vehicle pass him.

Several days after the crash driver #1's attorney contacted Troop L explaining that he had 3 additional witnesses to the crash. Mr. Kyle Schonekas delivered statements from Denise Pichoff, Teri Haas, and Barry Haas Sr.. On 09/03/2018 Lt. Guhman and I interviewed Ms. Pichoff at her residence on LA 1082. During that interview Ms. Pichoff explained that she did not see the crash occur. This interaction was recorded by Axon BWC and is logged under the item number L180825D002A.

While issuing driver #1 the citation I asked Mr. Schonekas if the two other witnesses actually saw the crash occur, to which he replied "no." Based on his response Terry and Berry Haas were not interviewed.

-Conclusion-

Vehicle #1 was making a left turn from LA 1082 northbound into a private drive. As vehicle #1 traveled across the path of vehicle #2 the collision occurred.  Vehicle #2 struck the right side of vehicle #1. The driver of vehicle #2 was ejected and died from injuries sustained in the crash. Driver #1 admitted in her written statement that she did not see vehicle #2 until after she had begun her turn.  On 9/4/2018 Mrs. Robinson was issued a citation for 32:104 (Turning movements) and 32:295.1 (No Seatbelt).

CODE A

201800 3137
COMPUTER NUMBER          PAGE #
[ | | | | | | ] - 10

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

DATE Aug 25, 2018   TIME 8:07   PLACE hoopl

I, Jennifer Robinson          AM   52   YEARS OF AGE,

MY ADDRESS IS  77011  Old  Military Road

AND MY TELEPHONE NUMBER IS (405) 630 - 1075 .

Today I was travelling northbound
on highway 1082 preparing
to turn left into my drive.
I slowed my car and looked for
oncoming traffic — the southbound
traffic was clear. I looked towards
N. as I began to turn left on
the driveway b/c it is narrow with
a ditch to the right then
back towards oncoming traffic.
A motorcycle at a high speed
was in the oncoming traffic lane.
I hesitated, negociated mentally my next
move.
all oncoming traffic was at a safe distance
for me to turn.
he took a sharp left into the other lane —
away from my car. So in an effort to

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: JRobin  rough draft pg1

OFFICER TAKING STATEMENT:  TPR.  DAVID  LEVY #2709

SIGNATURE:  TPR.                    #2709

INVESTIGATING OFFICER'S INITIALS

DPSSP 3111 (REV. JAN. 2005)

CODE
A

COMPUTER NUMBER   204800 31371   PAGE #  11

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**DRIVER/WITNESS VOLUNTARY STATEMENT**

DATE Aug 25, 2018   TIME 8:07  PLACE Troop L

I, Jennifer Robinson   AM   52   YEARS OF AGE,

MY ADDRESS IS 17011 Old Military Road

AND MY TELEPHONE NUMBER IS (985) 630 1075 .

I was traveling northbound on highway 1083 preparing to turn left into my drive. I slowed my car and looked for oncoming traffic coming southbound. All oncoming traffic was at a safe distance for me to turn. I looked towards the driveway b/c its narrow - my car began turning towards that direction - but before fully committing, I checked back for oncoming traffic - speeders, why? Are cars speeding towards me over the speed limit - so I know how fast I need to freq travel on that 1083 drivers go around cars in line and top speed so a car can be dangerously close that wasn't there moments seconds earlier. When I looked back the 2nd time the motorcycle was oncoming at top speed

**THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT**
**ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH**

only he anticipated my turn and took a sharp left so in order to steer final oyz

SIGNED: Jennifer Robinson

OFFICER TAKING STATEMENT: TPR. DAVID LEVY #2709

SIGNATURE: TPR. ___ #2709

DPSSP 3111 (REV. JAN. 2005)

INVESTIGATING OFFICER'S INITIALS ___

CODE
A

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**DRIVER/WITNESS VOLUNTARY STATEMENT**

COMPUTER NUMBER  201800 31371

PAGE # 12

DATE Aug 25 2018   TIME 8:07   PLACE Highway 1082 Troop L

I, Jennifer Robinson   AM 52   YEARS OF AGE,

MY ADDRESS IS 77011 Old Military Road

AND MY TELEPHONE NUMBER IS (985) 630-1075

steer clear of him I turned quickly
towards during my left

motorcycle

me

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _Robinson_   final page 3

OFFICER TAKING STATEMENT: TPR. David Cory #2709

SIGNATURE: TPR. _____ #2709

DPSSP 3111 (REV. JAN. 2005)

INVESTIGATING OFFICER'S INITIALS ___ DAC

COD

COMPUTER NUMBER 2018003/371

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

PAGE # | - | 1 |

DATE 8/27/18          TIME 1730 PLACE 2070 N. Collins Blvd. Covington, LA

I, Chris Graham                 AM 41          YEARS OF AGE,

MY ADDRESS IS 2070 N. Collins Blvd. Covington, LA 70433

AND MY TELEPHONE NUMBER IS (985) 788 - 6080 .

On Saturday, August 25, 2018 at approximately 1730hrs., I was traveling northbound on Hwy 1082. During that time, I observed a black colored sports utility vehicle, which was traveling northbound on Hwy 1082 approximately 100 yards ahead of me, drive into the ditch on the side of Hwy 1082. I also observed a large amount of smoke and debris flying through the air. I approached the location of the wreck, at which time I observed a motorcycle and its driver lying on the side of the road. I stopped my vehicle and parked it safely on the side of the road. At that point, my wife (Cristen Graham) and I exited our vehicle to check on the parties involved in the wreck. I checked on the driver of the black colored sports utility vehicle and she did not appear to be injured. As I spoke with her, the white female was hysterical and extremely upset. I then moved her from her vehicle to a safer location for her safety. While my wife was assessing the driver of the motorcycle, the fire department and Acadian Ambulance service arrived on scene. It should be noted that the only vehicle I observed at the time of the crash, was the black colored sports utility vehicle. I did not observe any vehicles pass me during the incident.
No further information at this time

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _Chris Graham_     Chris Graham

OFFICER TAKING STATEMENT: SIT Paul Strickland #2440

SIGNATURE: SIT _____ #2440

INVESTIGATING OFFICER'S INITIALS PS

DPSSP 3111 (REV. JAN. 2005)

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
NARRATIVE SUPPLEMENT

20180031371

Crash Reconstruction Supplement by Sergeant Chris McClelland

On August 25, 2018, I, Sergeant Chris McClelland was requested by Lt Rickie Guhman to assist S/T Paul Strickland with a speed estimate for Vehicle #2 in this crash.

During the course of the investigation, a skid mark from Vehicle #2 was located in the roadway. The total distance of the mark was measured to be 127 feet. The first 50 feet was a dark grey appearance on the asphalt. The remaining 77 feet was a distinctly darker, black mark until it ended at the area of impact between the two vehicles. The skid mark was entirely within the lane of travel of Vehicle #2. After examining photographs and visiting the scene, my opinion of the skid mark was that the first portion (50 feet) was a rear tire skid mark and the remaining portion (77 feet) was a front and rear tire (combined) skid mark. The reason for this determination was that it is very uncommon for a "front tire only" mark to be any considerable length. If a motorcycle operator applies only the front brake in emergency braking, the length will be relatively short due to the motorcycle "ejecting" the operator and result in the motorcycle falling to the roadway. Vehicle #2 in this crash remained upright the entire time with the operator seated until contact with Vehicle #1. The distinct change in shade of the skid mark indicates to me that the rear brake was applied first, followed by a combination of rear and front braking. This type of motorcycle has an "independent, non-abs braking" system (either brake can be utilized separate from the other).

On September 3, 2018, TFC Paul Strickland and I returned to the scene with an accelerometer in order to obtain a drag factor/coefficient of friction to determine a speed estimate from skid mark.

I used the Troop L accelerometer (Vericom, Model #VC200A, Serial #90330014) and conducted skid tests at the crash location. The skid test results and speed calculations are on the following pages.

Investigating Officers Initials    PS

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
NARRATIVE SUPPLEMENT

1 5

20180031371

## Skid test data –

| Skid Test | #1 | #2 | #3 |
|---|---|---|---|
| Time | 3.6 | 3.4 | 3.6 |
| Speed | 56.1 | 53.9 | 54.4 |
| Distance | 148 | 138 | 144 |
| G | .948 | .798 | .86 |
| Resulting Acceleration | -22.97 fps$^2$ | -22.74 fps$^2$ | -22.2 fps$^2$ |
| Resulting Drag factor | .713 | .706 | .69 |

Speed ESTIMATE from Vehicle #2 – La 1082 motorcycle crash

Terminology=
$v$ = velocity (feet/second)
$vi$ = Initial velocity
$ve$ = Ending velocity
$a$ = acceleration (feet/second$^2$)
$d$ = distance
$f$ = drag factor
$S$ = speed (mph)

Initial velocity formula

$$vi = \sqrt{ve^2 - 2ad}$$

Working backwards from end of the skid mark.

Assumption in calculations is skid ended at 0 mph.

_This does not account for damage or remaining velocity at impact with Vehicle #1_

**Investigating Officers Initials** _Ps_

| Case Name: Jennifer Robinson | Crash #: 20180031371 | Crash Location LA 1082 Mp#1.8 | Parish: St.Tammany |
| --- | --- | --- | --- |



Veh #2 Tire Mark 127ft

Culvert and Ditch

Veh #1

77011 Hwy 1082

Text

Private Drive

Gouge Marks

Private Drive

Veh #2

Ricardo Silva Jr.

| Investigating Trooper and Mapped By S/T Paul Strickland #2440 | Date: 08/25/2018 | Time: 1754 Hrs | Scale: 1" = 26.02' |
| --- | --- | --- | --- |

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
NARRATIVE SUPPLEMENT

| | | | | | | | | 1 | 7 |

20180031371

Using:

d= 50 feet
f= .345 *(half of low range from skid tests)*
a= -11.10 fps$^2$

$vi = \sqrt{58.4^2 - 2(-11.1)(50)}$

$vi = \sqrt{1168}$

$vi$= 34.18 fps

S = 23.25 mph

I then combined the estimated speed (high range and low range drag factor) from the front/rear tire skid mark and the rear tire skid mark.

| | Front/Rear tire mark | Rear tire only | Total |
|---|---|---|---|
| High range speed estimate | 40.6 mph | 23.6 mph | 64.2 mph |
| Low range speed estimate | 39.7 mph | 23.25 mph | 62.9 mph |

The result of combining the two marks is:

**Speed estimate range – 62-64  mph**

Investigating Officers Initials   *PS*

|       |         |        |        | L60   La1082 |       |
|-------|---------|--------|--------|--------------|-------|
| Pt    | North   | East   | Elev   | Description  | Note  |
| 1     | 0.000   | 0.000  | 0.000  | Inst Point   |       |
| 2     | 14.360  | 5.600  | 0.400  | EP           |       |
| 3     | 10.500  | 5.820  | 0.340  | EP           |       |
| 4     | 4.920   | 1.220  | 0.240  | EP           |       |
| 5     | 7.000   | -3.960 | -0.440 | EP           |       |
| 6     | -19.000 | -11.000| -1.600 | EP           |       |
| 7     | -20.460 | 2.680  | -0.380 | EP           |       |
| 8     | -70.340 | 17.660 | 0.540  | EP           |       |
| 9     | -102.360|        | 22.920 | 0.360        | EP    |
| 10    | -111.840|        | 10.380 | -1.080       | EP    |
| 11    | -117.240|        | -5.060 | -2.240       | EP    |
| 12    | -130.860|        | -4.160 | -2.200       | EP    |
| 13    | -128.060|        | 14.620 | -0.540       | EP    |
| 14    | -132.560|        | 23.740 | 0.080        | EP    |
| 15    | -139.260|        | 15.140 | -1.080       | EP    |
| 16    | -143.540|        | 4.540  | -2.220       | EP    |
| 17    | -155.520|        | 4.960  | -2.700       | EP    |
| 18    | -157.780|        | 25.100 | -0.240       | EP    |
| 19    | -164.640|        | 33.280 | 0.260        | EP    |
| 20    | -196.620|        | 39.500 | 0.580        | EP    |
| 21    | -196.540|        | 41.060 | 0.480        | FOGL  |
| 22    | -196.360|        | 52.900 | 0.280        | LLS   |
| 23    | -195.420|        | 64.820 | 0.040        | FOGL  |
| 24    | -195.180|        | 66.600 | -0.320       | EP    |
| 25    | -160.260|        | 60.040 | -0.220       | EP    |
| 26    | -149.720|        | 71.060 | -1.740       | EP    |
| 27    | -144.180|        | 84.080 | -3.020       | EP    |
| 28    | -131.100|        | 80.580 | -2.940       | EP    |
| 29    | -131.740|        | 72.040 | -2.080       | EP    |
| 30    | -123.320|        | 54.140 | -0.240       | EP    |
| 31    | -154.960|        | 75.280 | -3.420       | VEH2  |
| 32    | -159.720|        | 78.180 | -4.040       | VEH2  |
| 33    | -166.500|        | 83.000 | -4.140       | BODY  |
| 34    | -157.260|        | 73.900 | -4.000       | TM1   |
| 35    | -156.080|        | 73.100 | -3.260       | TM1   |
| 36    | -139.740|        | 50.000 | 0.100        | GOU   |
| 37    | -139.120|        | 49.700 | 0.160        | GOU   |
| 38    | -124.100|        | 33.880 | 0.360        | GOU   |
| 39    | -123.580|        | 33.740 | 0.340        | GOU   |
| 40    | -115.720|        | 16.540 | 0.040        | VEH2  |
| 41    | -115.700|        | 16.540 | 0.040        | TM2   |
| 42    | -110.400|        | 13.580 | -0.360       | TM2   |
| 43    | -105.860|        | 10.200 | -2.420       | VEH1  |
| 44    | -99.740 | 1.980  | -5.240 | VEH1         |       |
| 45    | -109.920|        | 5.900  | -2.740       | VEH1  |
| 46    | -91.460 | 2.640  | -2.400 | CUL          |       |
| 47    | -70.360 | 19.560 | 0.520  | FOGL         |       |
| 48    | -68.800 | 31.240 | 0.260  | LLS          |       |
| 49    | -66.600 | 42.940 | -0.200 | FOGL         |       |
| 50    | -66.260 | 44.740 | -0.540 | EP           |       |
| 51    | -114.580|        | 30.120 | 0.520        | SKID3 |
| 52    | -73.380 | 23.820 | 0.260  | SKID3        |       |
| 53    | 15.240  | 6.660  | 0.380  | FOGL         |       |
| 54    | 11.460  | 13.280 | 0.260  | SKID3        |       |
| 55    | 18.420  | 18.480 | -0.040 | LLS          |       |
| 56    | 21.380  | 29.800 | -0.280 | FOGL         |       |
| 57    | 21.740  | 31.180 | -0.400 | EP           |       |

Page 1

 

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 5FRYD4H98HB031512 |
| User | S/T PAUL STRICKLAND #2440 |
| Case Number | 20180031371 |
| EDR Data Imaging Date | 08/30/2018 |
| Crash Date | 08/25/2018 |
| Filename | 5FRYD4H98HB031512_ACM.CDRX |
| Saved on | Thursday, August 30 2018 at 20:37:39 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.8 |
| Imaged with Software Licensed to (Company Name) | Louisiana State Police |
| Reported with CDR version | Crash Data Retrieval Tool 17.8 |
| Reported with Software Licensed to (Company Name) | Louisiana State Police |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | 1 |

## Comments

No comments entered.

## Data Limitations

**General Information:**

These limitations are intended to assist you in reading the event data that has been imaged from the vehicle's SRS control unit. They contain general information and are not specific to this particular event. Event data should be considered in conjunction with other available physical evidence from the vehicle and scene.

Honda and Acura passenger vehicles designated as 2013 or later model year production are designed to be compatible with the Bosch CDR tool. Only some 2012 model year vehicles are compatible with the Bosch CDR tool.

**Recorded Crash Events:**

Data for front, side, rear and rollover events can be recorded as either non-deployment or deployment events. Both types of events can contain pre-crash and crash data.

- A non-deployment event is recorded if the change in longitudinal or lateral velocity equals or exceeds 8km/h over a 150ms timeframe or another type of non-reversible deployable restraint device other than a front, side, or side curtain airbag (e.g. seatbelt pretensioner) is commanded to deploy. Except as indicated below, non-deployment events are not locked into memory and can be over-written by subsequent non-deployment or deployment events.
- A deployment event is recorded if front airbag(s), side airbag(s), or side curtain airbag(s) are commanded to deploy. Deployment events are locked into memory and cannot be over-written.

The SRS control unit typically records only one event. Two events can be recorded if the T0 (time zero) values for each event occur within 5 seconds of each other. Therefore, a non-deployment event can be recorded and locked if it occurs within 5 seconds of a deployment event.

T0 is established by whichever of the following occurs first: (1) the change in longitudinal velocity at the SRS control unit equals or exceeds 0.8km/h over a 20ms timeframe; or (2) the change in lateral velocity at the SRS control unit equals or exceeds 0.8km/h over a 5ms timeframe; or (3) the occupant restraint control algorithm is activated; or (4) a commanded deployment of any type of non-reversible restraint device (e.g. airbag or seatbelt pretensioner). If the time to deploy equals 0, then the command to deploy occurred at T0 or the device was not commanded to deploy during the event.

TEnd (end of event) is established by whichever of the following occurs first: (1) the change in longitudinal and lateral Delta V equals or falls below 0.8km/h over a 20ms timeframe; or (2) the occupant restraint control algorithm resets; or (3) time from T0 exceeds 300ms.

**Data:**

- Data recorded by the SRS control unit and imaged by the CDR tool is displayed relative to T0, not the time at which the vehicle made contact with another vehicle or object.
- Pre-crash data is recorded at 2 samples per second within the 5 seconds before T0. The sampling point at 0.0 is taken at T0 and is asynchronous with the other sample points. The time between -0.5 and 0.0 is not recorded and is between 1 and 500ms.
- Delta V data is recorded at 100 samples per second from T0 to 250ms or T0 to TEnd plus 30ms.
- Acceleration data is recorded at 100 samples per second from T0 to 250ms.
- Delta V, longitudinal reflects the change in velocity that the SRS control unit experienced in the longitudinal direction during the recorded portion of the event and is not the speed the vehicle was traveling before the event.
- Depending on the severity of the event and the accelerometer characteristics, saturation of the SRS control unit longitudinal or lateral accelerometers may occur, decreasing the recorded Delta V value.

 BOSCH                      CRASH DATA RETRIEVAL

- Time, accelerometer range exceeded is recorded if saturation of the SRS control unit longitudinal, lateral and/or normal (vertical) accelerometer occurs. The recorded data is the time at which the sensor range is first exceeded.
- The maximum recording capability of Deployment Command Data is 254ms or 255ms depending on vehicle model. A recorded value of 254ms or 255ms may indicate that the recording maximum was exceeded. In this case, the deployment command may have occurred between the recorded time and TEnd.
- Speed, vehicle indicated data is the speed indicated to the driver by the speedometer, not actual vehicle ground speed. Data accuracy can be affected by various factors, including but not limited to the following:
    - Significant changes in tire size from the factory setting
    - Wheel lockup or spin
    - Data latency or filtering and hysteresis within the speedometer module
- Accelerator pedal position, percent full is the ratio of accelerator pedal position compared to the fully depressed position.
- PCM (Powertrain Control Module) derived accelerator pedal position, percent full may differ from the accelerator pedal position, percent full under circumstances such as brake override activation or cruise control system engagement. These circumstances are based on vehicle equipment application and vary by model.
- Steering input angle is recorded in 5 degree increments.
- Side air bag suppression system status, right front passenger is recorded when the vehicle is equipped with the Occupant Position Detection System (OPDS).
- Occupant size classification, right front passenger airbag suppressed data is recorded as yes (suppressed) if the front passenger seat weight sensor system determined the passenger seat was empty or occupied by a child-size occupant.
- EV mode data records the vehicle powertrain status, not a driver selected operation mode. EV mode is recorded as On when the vehicle is moving and the internal combustion engine is not operating. EV mode may be recorded as On or Off when the vehicle is stopped.
- If power to the SRS control unit is lost during an event, all or part of the data may not be recorded.

**Roll Rate Data:**
- Vehicle roll rate data is recorded separately from the non-deployment and deployment events as described above. Therefore, the T0 for the roll rate data may differ from the T0 for the other data in this report.
- Roll rate recording trigger (T0) is established by whichever of the following occurs first: (1) a rollover algorithm ON judgment (SRS control unit decision to command deployment);; or (2) a change in relative roll angle at the SRS control unit equal to or exceeding 30 degrees (roll angle is not measured, but is calculated from the roll rate data); or (3) the rollover algorithm is activated.
- Once a recording trigger has been met, roll rate data is recorded for one rollover event at 10 samples per second from 1 second before to 2 seconds after T0. If a roll angle trigger is satisfied without a rollover algorithm ON judgment, the recorded roll rate data is unlocked and can be over-written by a subsequent rollover event. Roll rate data triggered by or recorded during a rollover algorithm ON judgment is locked into memory and cannot be over-written.
- If roll rate is detected at the SRS control unit during a non-deployment or deployment event but the recording trigger has not been satisfied, no roll rate data will be recorded. A graph of roll rate data will only be present in this report if roll rate data is recorded.

**Data Element Sign Convention:**
Except as noted below, all data is displayed in SAE J211 sign convention. The following table provides an explanation of the sign notation for data elements that may be included in this CDR report. All directional references to sign notation are from the perspective of the driver when seated in the vehicle facing the direction of forward vehicle travel.

| Data element name | Positive sign indicates |
|---|---|
| Longitudinal Acceleration | Forward direction acceleration |
| Delta-V, Longitudinal | Forward direction acceleration |
| Lateral Acceleration | Left to right direction acceleration |
| Delta-V, Lateral | Left to right direction acceleration |
| Normal (Vertical) Acceleration | Downward direction acceleration |
| Vehicle Roll Rate* | See roll rate graph and data (if recorded) |
| Steering Input Angle* | Left Turn |

*Not SAE J211 sign convention

**Data Source:**
All recorded data is measured and calculated within the SRS control unit except for the following parameters (if applicable) which are transmitted via the vehicle's communication network to the SRS control unit:
- Speed, vehicle indicated
- Accelerator pedal position, percent full
- Service brake
- ABS activity
- Stability control
- Steering input angle
- Engine RPM
- PCM derived accelerator pedal position, percent full
- EV mode
- Forward Collision Warning
- Collision Mitigation Braking System information
- Lane Keeping Assist System information
- Lane Departure Warning
- Road Departure Mitigation information
- Cruise Control status
- Adaptive Cruise Control status

Depending on vehicle feature content, capability, or conditions described above, the following items may not be recorded. If these items are not recorded, they will not be present in this document.
- EV mode

 **BOSCH**

 *CRASH DATA RETRIEVAL*

- Forward Collision Warning
- Collision Mitigation Braking System information
- Lane Keeping Assist System information
- Lane Departure Warning
- Road Departure Mitigation information
- Cruise Control status
- Adaptive Cruise Control status

**Hexadecimal Data:**
All data that has been specified for imaging is shown in the hexadecimal data section of this report. However, not all of this data is translated by the CDR tool. The SRS control unit may contain additional data that is not retrievable by the CDR tool.

**Data Imaging:**
If the SRS control unit is imaged outside of the vehicle, ensure that it is not moved, tilted or turned while connected to the CDR tool. Also, after imaging is complete, wait 3 minutes after removing the CDR tool before moving the SRS control unit. Not following this guideline could cause current non-deployment event data to be overwritten and a new event to be recorded. Current fault status could also be altered if the SRS control unit is imaged outside of the vehicle.

04002_HondaSRS_GEN2_r002

 **BOSCH**

 CDR CRASH DATA RETRIEVAL

## System Status at Retrieval

| | |
|---|---|
| EDR Version | 1.3.4.0 |

## System Status at Event (Event Record 1)

| | |
|---|---|
| Multi-Event, Number of Events (1, 2) | 1 |
| Complete File Recorded (Yes/No) | Yes |
| Ignition Cycle, Download | 3431 |
| Maximum Delta-V, Longitudinal (MPH [km/h]) | -2 [-4] |
| Time, Maximum Delta-V, Longitudinal (msec) | 137.5 |
| Maximum Delta-V, Lateral (MPH [km/h]) | -1 [-1] |
| Time, Maximum Delta-V, Lateral (msec) | 42.5 |
| Time, Maximum Delta-V, Resultant (msec) | 137.5 |
| Time, Accelerometer Range Exceeded, Longitudinal (msec) | 0 |
| Time, Accelerometer Range Exceeded, Lateral (msec) | 0 |
| Time, Accelerometer Range Exceeded, Normal (msec) | 0 |

## Deployment Command Data (Event Record 1)

| | |
|---|---|
| Pretensioner Deployment, Time to Fire, Driver (msec) | 0 |
| Pretensioner Deployment, Time to Fire, Right Front Passenger (msec) | 0 |
| Lap Pretensioner Deployment, Time to Fire, Right Front Passenger (msec) | 0 |
| Frontal Air Bag Deployment, Time to Deploy First Stage, Driver (msec) | 19 |
| Frontal Air Bag Deployment, Time to Deploy First Stage, Right Front Passenger (msec) | 0 |
| Frontal Air Bag Deployment, Time to 2nd Stage, Driver (msec) | 49 |
| Frontal Air Bag Deployment, Time to 2nd Stage, Right Front Passenger (msec) | 0 |
| Knee Air Bag Deployment, Time to Deploy, Driver (msec) | 19 |
| Side Air Bag Deployment, Time to Deploy, Driver (msec) | 0 |
| Side Air Bag Deployment, Time to Deploy, Right Front Passenger (msec) | 8 |
| Side Curtain/Tube Air Bag Deployment, Time to Deploy, Driver Side (msec) | 0 |
| Side Curtain/Tube Air Bag Deployment, Time to Deploy, Right Side (msec) | 8 |
| Frontal Air Bag Deployment, 2nd Stage Disposal, Driver (Yes/No) | No |
| Frontal Air Bag Deployment, 2nd Stage Disposal, Right Front Passenger (Yes/No) | No |

## Pre-Crash Data -1 sec (Event Record 1)

| | |
|---|---|
| Safety Belt Status, Driver | Off |
| Safety Belt Status, Right Front Passenger | Off |
| Seat Track Position Switch, Foremost, Status, Driver | No |
| Occupant Size Classification, Right Front Passenger Airbag Suppressed (Yes/No) | Yes |
| Frontal Air Bag Warning Lamp (On, Off) | Off |
| Ignition Cycle, Crash | 3429 |

 **BOSCH**

 **CRASH DATA RETRIEVAL**

## Pre-Crash Data -5 to 0 sec [2 samples/sec] (Event Record 1) - Table 1 of 3

| Time Stamp (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Accelerator Pedal Position, % full | Service Brake (On, Off) | ABS Activity (On, Off) | Stability Control (On, Off, Engaged) | Steering Input (deg) | Engine RPM |
|---|---|---|---|---|---|---|---|
| -5.0 | 49 [79] | 0 | On | Off | On Non-Engaged | -5 | 1,400 |
| -4.5 | 47 [76] | 0 | On | Off | On Non-Engaged | 0 | 1,300 |
| -4.0 | 43 [70] | 0 | On | Off | On Non-Engaged | 0 | 1,300 |
| -3.5 | 37 [59] | 0 | On | Off | On Non-Engaged | 0 | 1,200 |
| -3.0 | 29 [47] | 0 | On | Off | On Non-Engaged | 15 | 900 |
| -2.5 | 22 [35] | 0 | On | Off | On Non-Engaged | 45 | 1,000 |
| -2.0 | 16 [26] | 0 | On | Off | On Non-Engaged | 110 | 1,000 |
| -1.5 | 13 [21] | 0 | On | Off | On Non-Engaged | 185 | 900 |
| -1.0 | 12 [19] | 0 | Off | Off | On Non-Engaged | 250 | 800 |
| -0.5 | 11 [18] | 0 | Off | Off | On Non-Engaged | 250 | 1,200 |
| 0.0 | 12 [19] | 0 | Off | Off | On Non-Engaged | 250 | 1,300 |

   

## Pre-Crash Data -5 to 0 sec [2 samples/sec] (Event Record 1) - Table 2 of 3

| Time Stamp (sec) | PCM Derived Accelerator Pedal Position, % full | Forward Collision Warning (Not Warning/ Warning) | Collision Mitigation Braking System (Not Engaged/ Engaged) | Collision Mitigation Braking System, Forward Collision Warning (On/Off) | Lane Departure Warning (Not Warning/ Warning) | Road Departure Mitigation (Not Engaged/ Engaged) | Road Departure Mitigation, Lane Departure Warning (On/Off) |
|---|---|---|---|---|---|---|---|
| -5.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -4.5 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -4.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -3.5 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -3.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -2.5 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -2.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -1.5 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -1.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| -0.5 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |
| 0.0 | 0 | Not warning | Not engaged | On | Not warning | Not engaged | Off |

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## Pre-Crash Data -5 to 0 sec [2 samples/sec] (Event Record 1) - Table 3 of 3

| Time Stamp (sec) | Adaptive Cruise Control (Not Engaged/ Engaged) | Adaptive Cruise Control (On/Off) | Lane Keeping Assist (Not Engaged/ Engaged) | Lane Keeping Assist (On/Off) | Cruise Control (Not Engaged/ Engaged) | Cruise Control (On/Off) |
|---|---|---|---|---|---|---|
| -5.0 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -4.5 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -4.0 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -3.5 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -3.0 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -2.5 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -2.0 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -1.5 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -1.0 | Not engaged | On | Not engaged | On | Not Engaged | On |
| -0.5 | Not engaged | On | Not engaged | On | Not Engaged | On |
| 0.0 | Not engaged | On | Not engaged | On | Not Engaged | On |

 



**Longitudinal Delta V (Event Record 1)**

| Time (msec) | MPH [km/h] |
|---|---|
| 0 | 0 [0] |
| 10 | 0 [0] |
| 20 | -2 [-3] |
| 30 | -1 [-1] |
| 40 | -2 [-4] |
| 50 | -2 [-4] |
| 60 | -2 [-4] |
| 70 | -2 [-4] |
| 80 | -2 [-4] |
| 90 | -2 [-4] |
| 100 | -2 [-4] |
| 110 | -2 [-4] |
| 120 | -2 [-4] |
| 130 | -2 [-4] |
| 140 | -2 [-4] |
| 150 | -2 [-4] |
| 160 | -2 [-4] |
| 170 | -2 [-4] |
| 180 | -2 [-4] |
| 190 | -2 [-4] |
| 200 | -2 [-4] |
| 210 | -2 [-4] |
| 220 | -2 [-4] |
| 230 | -2 [-4] |
| 240 | -2 [-4] |
| 250 | -2 [-4] |

 



## Lateral Delta V (Event Record 1)

| Time (msec) | MPH [km/h] |
|---|---|
| 0 | 0 [0] |
| 10 | 0 [0] |
| 20 | 0 [0] |
| 30 | -1 [-1] |
| 40 | -1 [-1] |
| 50 | -1 [-1] |
| 60 | -1 [-1] |
| 70 | -1 [-1] |
| 80 | -1 [-1] |
| 90 | 0 [0] |
| 100 | 0 [0] |
| 110 | 0 [0] |
| 120 | 0 [0] |
| 130 | 0 [0] |
| 140 | 0 [0] |
| 150 | 0 [0] |
| 160 | 0 [0] |
| 170 | 0 [0] |
| 180 | 0 [0] |
| 190 | 0 [0] |
| 200 | 0 [0] |
| 210 | 0 [0] |
| 220 | 0 [0] |
| 230 | 0 [0] |
| 240 | 0 [0] |
| 250 | 0 [0] |

 



**Longitudinal Acceleration  (Event Record 1)**

| Time (msec) | g |
|---|---|
| 0 | 0.0 |
| 10 | -4.0 |
| 20 | -5.0 |
| 30 | 19.0 |
| 40 | 1.5 |
| 50 | -1.0 |
| 60 | -4.0 |
| 70 | -2.0 |
| 80 | 0.5 |
| 90 | -0.5 |
| 100 | -1.5 |
| 110 | 0.0 |
| 120 | 0.0 |
| 130 | -1.0 |
| 140 | 0.0 |
| 150 | 0.0 |
| 160 | 0.0 |
| 170 | 0.0 |
| 180 | 0.0 |
| 190 | 0.0 |
| 200 | 0.0 |
| 210 | 0.0 |
| 220 | 0.0 |
| 230 | 0.0 |
| 240 | 0.0 |
| 250 | 0.0 |

 



## Lateral Acceleration (Event Record 1)

| Time (msec) | g |
|---|---|
| 0 | 0.0 |
| 10 | -1.0 |
| 20 | -2.0 |
| 30 | -2.0 |
| 40 | 0.0 |
| 50 | 0.0 |
| 60 | 0.5 |
| 70 | 1.0 |
| 80 | 0.5 |
| 90 | 2.0 |
| 100 | 1.5 |
| 110 | -0.5 |
| 120 | -0.5 |
| 130 | 0.0 |
| 140 | 0.0 |
| 150 | -1.0 |
| 160 | 0.0 |
| 170 | 0.0 |
| 180 | 0.0 |
| 190 | 0.0 |
| 200 | 0.0 |
| 210 | 0.5 |
| 220 | 0.0 |
| 230 | 0.0 |
| 240 | 0.0 |
| 250 | 0.0 |







## Normal Acceleration (Event Record 1)

| Time (msec) | g |
|---|---|
| 0 | 0.0 |
| 10 | 0.0 |
| 20 | 0.0 |
| 30 | 2.0 |
| 40 | 0.0 |
| 50 | 0.0 |
| 60 | -1.5 |
| 70 | -0.5 |
| 80 | -0.5 |
| 90 | 0.0 |
| 100 | 1.0 |
| 110 | 0.0 |
| 120 | 0.0 |
| 130 | 0.0 |
| 140 | 0.0 |
| 150 | 0.0 |
| 160 | 0.0 |
| 170 | 0.0 |
| 180 | 0.0 |
| 190 | 0.0 |
| 200 | 0.0 |
| 210 | 0.0 |
| 220 | 0.0 |
| 230 | 0.0 |
| 240 | 0.0 |
| 250 | 0.0 |

 

## Hexadecimal Data

| DID # | Data |
|---|---|
| $8000 | 41 26 15 14 01 B3 00 15 00 55 00 00 11 33 80 00 |
| | 20 0F 00 E9 02 05 00 00 00 00 00 00 00 00 00 00 |
| | 12 11 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 4C |
| $8020 | 01 03 00 00 00 00 00 00 00 00 00 00 00 00 00 FC |
| $8021 | AA 00 01 00 00 00 00 00 00 00 00 55 0D 67 AA 00 |
| $8022 | AA 00 C4 7C 66 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 13 00 31 00 13 00 00 00 00 08 00 00 00 08 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 11 00 00 00 00 00 00 00 00 00 00 00 00 00 00 38 |
| $8023 | AA 00 C4 7C 66 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 B0 |
| $8024 | AA 00 FF 00 00 40 43 00 12 12 11 00 0D 65 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 2D |
| $8025 | AA 00 FF 00 00 40 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 17 |
| $8026 | AA 01 FC D0 35 00 00 77 33 00 30 00 00 00 00 00 |
| | 4F 00 FF 0E 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 4C 00 00 0D 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 46 00 00 0D 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 3B 00 00 0C 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 2F 00 03 09 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 23 00 09 0A 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 1A 00 16 0A 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 15 00 25 09 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 13 00 32 08 00 01 00 00 01 00 00 00 00 00 00 00 |
| | 12 00 32 0C 00 00 00 00 01 00 00 00 00 00 00 00 |
| | 13 00 32 0D 00 00 00 00 00 00 00 00 00 00 00 3B |
| $8027 | AA 01 FC D0 35 00 00 77 33 00 30 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 7A |
| $8028 | AA 00 00 00 FD FF FC FC FC FC FC FC FC FC FC FC |
| | FC FC FC FC FC FC FC FC FC FC FC FC 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 FC 37 00 00 00 00 00 7F |
| $8029 | AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 56 |
| $802A | AA 00 00 00 00 FF FF FF FF FF FF 00 00 00 00 00 |
| | 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 |

 **BOSCH**

 CRASH DATA RETRIEVAL

```
            00 00 00 00 00 00 00 00 FF 11 00 37 00 00 00 15

$802B      AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 56

$802C      AA 01 00 F8 F6 26 03 FE F8 FC 01 FF FD 00 00 FE
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 51

$802D      AA 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 55

$802E      AA 01 00 FE FC FC 00 00 01 02 01 04 03 FF FF 00
           00 FE 00 00 00 00 00 01 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 57

$802F      AA 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 55

$8030      AA 01 00 00 00 04 00 00 FD FF FF 00 02 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 54

$8031      AA 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 55

$8007      AA 00 00 00 00 00 00 00 00 0E 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 F2

$803F      AA 01 00 21 00 00 00 00 00 00 00 00 00 00 00 00
           80 25 07 00 00 00 19 00 00 00 00 00 00 10 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8011      AA 01 C4 2F 80 00 00 00 00 01 16 16 00 00 00 16
           00 00 00 00 00 06 00 10 FF D9 10 FF 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 A2

$8012      AA 00 01 01 15 03 E2 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 01 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 59

$8013      AA 01 C4 2F 80 00 00 00 00 01 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 E1

$8014      AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 56

$8015      AA 01 C4 2F 80 00 00 00 00 01 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 E1

$8016      AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
           00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 56
```

 

```
$8017        AA 01 C4 2F 80 00 00 00 00 01 16 16 00 00 00 16
             00 00 00 00 06 00 10 FF D9 10 FF 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 A2

$8018        AA 00 40 01 0C F0 02 38 00 00 00 00 00 00 20 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 BF

$8019        AA 01 C4 2F 83 10 BE 00 00 01 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 10

$801A        AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$801B        AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8001        AA 00 C4 18 00 00 00 00 16 16 00 00 00 16 00 00
             00 00 00 07 07 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00

$8002        AA 01 E0 FE F8 00 00 00 00 80 22 00 00 00 00 00
             80 54 FC 00 FF 00 24 00 00 00 00 04 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00

$8004        00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00

$8005        AA 00 F8 FF FF FF DE F1 DE F1 80 00 00 00 00 00
             10 FF E3 10 FF 00 00 00 00 3D FF AD FF 97 00 62
             00 3D FF AD FF 97 00 61 06 C5 06 A5 06 A0 06 CF
             00 82 00 00 1E 00 4A 00 00 69 FF B1 00 00 00 FD
             0C 39 00 01 CF 03 FA 00 00 01 95 04 DB 00 00 00 79
             01 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8008        00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8009        AA 01 B0 08 AA AA AA AA 00 00 00 00 00 00 00 00
             00 00 00 00

$800A        AA 00 00 31 00 00 44 8E 93 0B CD 44 84 9B 1E 35
             44 84 9B 1E 28 44 8E 93 0B C6 00 00 00 00 00 00
             44 8E 93 0B CD 44 84 9B 1E 35 44 84 9B 1E 28 44
             8E 93 0B C6 00 00 00 00 00 00

$8010        AA 01 F8 F8 F8 F0 F0 E0 E3 00 00 00 00 00 00
             AF 00 03 11 04 00 00 00 6F 00 00 01 3F 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
             00 00 00 00 00 00 00 00 00 AF 11 00 21 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 

```
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$801C         AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 56

$801F         00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8040         AA 01 00 00 00 00 00 00 00 00 00 0E 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 FF
              B4 00 84 00 38 80 00 10 00 00 80 00 48 60 00 00
              64 00 00 00 00 00 00 00

$8041         AA 00 FD CC 80 00 00 00 8F 8F 16 17 16 15 00 16
              17 8F 00 00 18 8F 00 00 8F 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00

$8043         AA 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 01 00 00 00 00 00
              00 C6 F6 00 A5 F6 00 A0 F6 00 CF F6 00 00 00

$8044         AA 00 BC 00 00 00 00 00 00 FA 00 00 00 00 00 00
              00 00 00 00

$8045         AA 00 BC 00 76 00 9F 32 20 75 00 00 00 00 00 00
              00 00 00 00

$8046         AA 00 C0 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8050         00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8051         32 10 FF 00 34 10 FF 00 11 40 FF 00 11 60 FF 00
              13 10 FF 00 11 10 FF 00 00 00 00 00 00 00 00 00

$8052         80 11 00 00 00 40 01 00 00 00 00 00 00 00 00 00

$8053         18 14 64 00 00 00 00 00 00 00 00 00 00 00 00 00

$8054         AA 00 00 61 00 00 00 00 FF A2 01 56 FF 92 00 8B
              00 00 FF FF FF FF 00 00 00 00 00 00 00 00 00 00

$8060         AA 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8061         AA 00 CF C0 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 **BOSCH**

 *CRASH DATA* **RETRIEVAL**

```
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8062         AA 01 FF F0 FF FC 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8063         AA 00 FF C0 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8064         AA 00 F0 32 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8065         AA 00 FF F3 F0 CC C0 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
              00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
```

 

```
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8070       00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8071       00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$8072       00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
            00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$E600       2E 49
```

 

```
$E604        01 00 00 00

$F100        00 00 00 00

$F110        0E 37 37 39 36 30 54 5A 35 41 32 32 30 4D 34 00
             00

$F112        0B 43 31 45 38 30 31 58 31 47 32 32 00 00 00 00
             00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

$F181        37 37 39 35 39 2D 54 5A 35 2D 41 32 32 30 00 00
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.