**911 OPERATOR AND JENNIFER ROBINSON FEMALE ON 911 CALL TRANSCRIPT:**

**911-Operator:** 911-Operator, 3915, what is your emergency?

**Male:** Hey, what's up, it's _____00:26. You got me?

**911-Operator:** What's going on now?

**Male:** Hey, can you hear me?

**911-Operator:** Yeah, I can hear you. What's going on? Where you at?

**Male:** Hey, 1082, I just had a _____0:38 spin on the motorcycle and another vehicle _____0:42.

**911-Operator:** All right, where on 1082?

**Female:** Gosh, dear Jesus. Lord, please tell me --

**911-Operator:** Where on 1082?

**Female:** Please help him _____0:51.

**911-Operator:** Okay, where on 1082?

**Male:** All right, hold on ma'am. On 1082, I don't _____1:00. We're a little north on _____1:02.

**Female:** Oh, my god, please help that young man. Oh, my god. Oh, my god.

**Male:** Calm down, calm down, calm down.

**911-Operator:** Calm down a little bit _____1:11.

**Female:** Oh, my god.

**911-Operator:** Where at on 1082?

**Male:** You got me?

**911-Operator:** Can you give me a cross street? I need a cross street to find you all easier.

**Male:** We're about a mile north of Smith Road.

**Female:** Oh, my Jesus, help him. Please father, please father. I'm worried for that young man. Oh, my god.

EXHIBIT P-40a

**911-Operator:** Smith Road.

**Female:** Believe in Jesus, please god. Help him.

**911-Operator:** All right, how bad is he injured do you know?

**Female:** Help him father. Oh, god. Please god.

**911-Operator:** Do you know if any other vehicle's involved?

**Female:** No, just me \_\_\_\_\_1:43 unfortunate. I'm not a psycho. Oh, dear god, help me. I \_\_\_\_\_1:51 so badly. <u>I don't know what happened</u>. Oh, dear Jesus, help me.

**911-Operator:** Okay, can you tell me where you see them at?

**Female:** Sir, what -- yes, sir. Yes, Jesus, help me<u>. Oh, he must have hit the back of my car.</u>