**EXHIBIT P-67**

```
1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   MELISSA RIVERA AND           CIVIL ACTION NO.
    RICARDO SILVA, SR.                 18-14005
5                                 HONORABLE MARY ANN
                                       VIAL LEMMON
6             VERSUS             MAGISTRATE JUDGE KAREN
                                       WELLS ROBY
7

    JENNIFER ROBINSON AND
8   HER INSURER, STATE FARM
    MUTUAL INSURANCE
9   COMPANY, CHURCH OF THE
    KING, INCORPORATED,
10  D/B/A A/K/A CHURCH OF
    THE KING AND ITS
11  INSURER, CHURCH MUTUAL
    INSURANCE COMPANY
12

13

14

15        VIDEOTAPED DEPOSITION OF JENNIFER PARMLEY

16  ROBINSON, 146 FONTAINBLEAU DRIVE, MANDEVILLE,

17  LOUISIANA 70471, taken at the LAW OFFICES OF

18  JONES FUSSELL, LLP, 1001 SERVICE ROAD EAST

19  HIGHWAY 190, SUITE 103, COVINGTON, LOUISIANA

20  70433, in the above-entitled cause on the 6th day

21  of January, 2020.

22

23

24

25
```

```
1    APPEARANCES:

2

3         GLENN C. MCGOVERN

4         BY:  GLENN C. MCGOVERN, ESQ.

5         2901 DIVISION STREET

6         SUITE 201

7         METAIRIE, LOUISIANA 70002

8         (504) 456-3610

9         glenn@glennmcgovern.com

10              ATTORNEY REPRESENTING PLAINTIFFS

11

12

13        SHELBY LAW FIRM

14        BY:  AZELIE Z. SHELBY, ESQ.

15        3070 TEDDY DRIVE

16        BATON ROUGE, LOUISIANA 70809

17        (225) 223-6961

18        lshelby@azshelbylaw.com

19              ATTORNEY REPRESENTING DEFENDANTS,

20      CHURCH MUTUAL INSURANCE COMPANY, CHURCH

21           OF THE KING, AND JENNIFER ROBINSON

22

23

24

25
```

```
 1    APPEARANCES:  (Continued)
 2
 3        CANNON & LIVERMORE
 4        BY:  SCOTT A. CANNON, ESQ.
 5        122 VILLAGE STREET
 6        SLIDELL, LOUISIANA 70458
 7        (985) 661-1567
 8        scannon@cannon-law.net
 9             ATTORNEY REPRESENTING DEFENDANTS,
10          JENNIFER ROBINSON AND STATE FARM
11                  MUTUAL INSURANCE COMPANY
12
13        JONES FUSSELL, LLP
14        BY:  JOHN R. WALKER, ESQ.
15        1001 SERVICE ROAD EAST HIGHWAY 190
16        SUITE 103
17        COVINGTON, LOUISIANA 70433
18        (985) 246-7808
19               ATTORNEY REPRESENTING DEFENDANTS,
20        JENNIFER ROBINSON AND CHURCH OF THE KING
21
22    ALSO PRESENT:  TODD MEAUX, VIDEOGRAPHER
23                   PASTOR JACOB ARANZA
24                   SAMANTHA QUINTANA
25
```

```
 1                    I N D E X

 2                                         PAGE:

 3        Caption                           1

 4        Appearances                       2, 3

 5        Agreement of Counsel              5

 6        Witness' Certificate              108

 7        Reporter's Certificate            109

 8

 9               E X A M I N A T I O N

10        BY:                               PAGE:

11

12        Mr. McGovern                      7

13

14                  E X H I B I T S

15        NO.         DESCRIPTION           PAGE:

16        Exhibit 1   Driver's License      11

17                    (Issue Date 8/24/15)

18        Exhibit 2   Driver's License      11

19                    (Issue Date 7/29/19)

20   (Additional exhibits located on attached USB

21   flash drive.)

22

23   REPORTED BY:

24        ANNA M. ROTH, RPR, CCR

25        CERTIFIED COURT REPORTER
```

```
 1                    S T I P U L A T I O N
 2
 3         IT IS HEREBY STIPULATED AND AGREED by and
 4    among counsel for the parties hereto that the
 5    videotaped deposition of the aforementioned
 6    witness is hereby being taken under the Federal
 7    Rules of Civil Procedure, for trial purposes, in
 8    accordance with law;
 9         That the formalities of sealing,
10    certification, and filing are specifically
11    waived;
12         That the formality of reading and signing
13    is specifically not waived;
14         That all objections, save those as to form
15    of the question and the responsiveness of the
16    answer, are hereby reserved until such time as
17    this deposition, or any part thereof, may be used
18    or sought to be used in evidence.
19
20                         *   *   *   *
21
22         ANNA M. ROTH, Certified Court Reporter, in
23    and for the Parish of St. Tammany, State of
24    Louisiana, officiated in administering the oath
25    to the witness.
```

```
 1    VIDEOGRAPHER:
 2         This is the videotaped deposition of
 3    Jennifer Robinson.  This deposition is
 4    being held at 1001 Highway 190 Service
 5    Road East in Covington, Louisiana, on
 6    January 6th, 2020, at the time indicated
 7    on the video screen, which is 9:59.
 8         At this time, would counsel please
 9    introduce themselves for the record.
10    MR. MCGOVERN:
11         Glenn McGovern, attorney for
12    plaintiffs, Ricardo Silva, Sr., and
13    Melissa Fredenrich, parents of Ricardo
14    Silva, Jr.
15    MS. SHELBY:
16         I'm Azelie Shelby on behalf of
17    Church Mutual Insurance Company, Church of
18    the King, and Jennifer Robinson.
19    MR. CANNON:
20         And Scott Cannon on behalf of
21    Jennifer Robinson and State Farm Mutual
22    Insurance Company.
23    MR. WALKER:
24         And John Walker for Jennifer
25    Robinson and Church of the King.
```

```
 1         Q.    Do you have that with you?
 2         A.    My driver's license?
 3         Q.    Yes.  Yes.  And I believe the
 4   driver's license number is 6879627?
 5         A.    (Tenders driver's license.)  This
 6   was at the time of the accident.
 7         Q.    Okay.
 8         A.    (Tenders driver's license.)
 9         Q.    Okay.  Okay.  And correct me if I'm
10   wrong -- we'll attach these.  We'll just put
11   Driver's License 1 with the hole in it.
12               (Document marked as Exhibit No. 1
13         for identification.)
14   BY MR. MCGOVERN:
15         Q.    That's your old driver's license --
16         A.    Yes, sir.
17         Q.    -- at the time of the accident; is
18   that correct?
19         A.    Yes.
20         Q.    And then Driver's License 2 here,
21   this is after the accident.
22               (Document marked as Exhibit No. 2
23         for identification.)
24   BY MR. MCGOVERN:
25         Q.    And there's a difference in
```

```
 1   restrictions: Corrective lenses, left outside
 2   rearview mirror, vision loss, left. What is that
 3   about?
 4       A.   I'm not sure.
 5       Q.   Okay. You're not sure. Did you
 6   like go to the eye doctor or something? Why do
 7   they have the restrictions? When you took your
 8   exam or something, there was some problem with
 9   your vision?
10       A.   They didn't explain that to me.
11       Q.   Okay. When did they make this
12   change on your license?
13       A.   When I had the updated address just
14   a couple of months ago.
15       Q.   Oh, I got you. Okay. And did you
16   have to go to a doctor for your vision or
17   anything?
18       A.   A checkup.
19       Q.   A checkup? Okay. And then do you
20   wear contacts now or glasses now?
21       A.   Both.
22       Q.   Okay. And do you have any other
23   physical vision problems or anything? Did they
24   tell you anything?
25       A.   No, sir.
```

```
 1         Q.    Okay.  And who is your eye doctor or
 2   optometrist or whatever that you go to?
 3         A.    Dr. Reddy.
 4         Q.    And where is he at?
 5         A.    In Mandeville.
 6         Q.    Okay.  And so presently now, as we
 7   speak, you have contacts?
 8         A.    Correct.
 9         Q.    Okay.  And do you have just regular
10   contacts?  Or like I got trifocals,
11   unfortunately.  I'm old.  But they're just
12   regular contacts?
13         A.    I have a contact in this eye
14   (indicating) only.
15         Q.    Oh.  In just one eye?
16         A.    Yes, sir.
17         Q.    Okay.  Do you have an astigmatism or
18   anything?
19         A.    I think so.
20         Q.    Yeah.  I got that too.  Yeah.  Okay.
21   And I believe -- let's see something.  I'm not
22   sure -- what's your educational background, basic
23   high school, college?  Tell me about that.
24         A.    I went to Mount Carmel Academy for
25   high school.  And then I graduated from Loyola
```

WITNESS' CERTIFICATE

I, JENNIFER PARMLEY ROBINSON, do hereby certify that the foregoing testimony was given by me, and the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____        _____
DATE SIGNED                   (Witness' Signature)

        Signed with corrections as noted.

        Signed with no corrections as noted.

DATE TAKEN:   January 6, 2020

```
 1                REPORTER'S CERTIFICATE

 2
            This certification is valid only for a
 3   transcript accompanied by my original signature
     and original seal on this page.
 4
            I, ANNA M. ROTH, Certified Court Reporter,
 5   in and for the State of Louisiana, as the officer
     before whom this testimony was taken, do hereby
 6   certify that JENNIFER PARMLEY ROBINSON, to whom
     oath was administered, after having been duly
 7   sworn by me upon authority of R.S. 37:2554, did
     testify as hereinbefore set forth in the
 8   foregoing 108 pages; that this testimony was
     reported by me in the stenotype reporting method,
 9   was prepared and transcribed by me or under my
     personal direction and supervision, and is a true
10   and correct transcript to the best of my ability
     and understanding; that the transcript has been
11   prepared in compliance with transcript format
     guidelines required by statute or by rules of the
12   board, and that I am informed about the complete
     arrangement, financial or otherwise, with the
13   person or entity making arrangements for
     deposition services; that I have acted in
14   compliance with the prohibition on contractual
     relationships, as defined by Louisiana Code of
15   Civil Procedure Article 1434 and in rules and
     advisory opinions of the board; that I have no
16   actual knowledge of any prohibited employment or
     contractual relationship, direct or indirect,
17   between a court reporting firm and any party
     litigant in this matter nor is there any such
18   relationship between myself and a party litigant
     in this matter.  I am not related to counsel or
19   to the parties herein, nor am I otherwise
     interested in the outcome of this matter.
20

21

22

23                        ANNA M. ROTH, RPR, CCR

24                        CERTIFIED COURT REPORTER

25                        NO. 2010021
```