UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA RIVERA ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:  18-14005** |
| **JENNIFER ROBINSON ET AL** | **SECTION: "S" (4)** |

## SETTLEMENT CONFERENCE ORDER

Due to the continuation of the Pretrial and Trial dates **(R. Doc. #104)** and with the agreement of the parties in the above captioned matter, the **Settlement Conference (R. Doc. #92)** presently set before Chief Magistrate Judge Roby **on February 10, 2020, at 10:00 AM** is **CANCELLED** to be reset**.**

New Orleans, Louisiana, this 7th day of February 2020

_____
**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**