UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA RIVERA AND<br>RICARDO SILVA SR. | *<br>*<br>* | CIVIL ACTION NO: 18-14005 |
| VERSUS | *<br>* | HONORABLE MARY ANN<br>VIAL LEMMON |
| JENNIFER ROBINSON AND HER INSURER,<br>STATE FARM MUTUAL INSURANCE<br>COMPANY, CHURCH OF THE KING,<br>INCORPORATED, D/B/A/ A/K/A/ CHURCH<br>OF THE KING AND ITS INSURER, CHURCH<br>MUTUAL INSURANCE COMPANY | *<br>*<br>*<br>*<br>*<br>* | MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

On Motion of Plaintiffs, Melissa Rivera and Ricardo Silva Sr., and on suggesting to the Court that it desires to enroll as additional counsel of record Callan Johns and Peyton Bowman of The Law Office of Glenn McGovern.

**WHEREFORE**, Plaintiffs respectfully requests that the Court enroll Callan Johns and Peyton Bowman as attorneys of record in this matter.

Respectfully submitted,

*/s/ Callan J. Johns*
Callan J. Johns (La. Bar #38788)
Law Office of Glenn C. McGovern Corp.
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Physical Address:
2901 Division Street, Suite 201
Metairie, Louisiana 70002
Telephone: (504) 456-3610
Facsimile: (504) 456-3611
Email: callan@glennmcgovern.com

1

/s/ Peyton M. Bowman
Peyton M. Bowman (La. Bar #38679)
Law Office of Glenn C. McGovern Corp.
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Physical Address:
2901 Division Street, Suite 201
Metairie, Louisiana 70002
Telephone: (504) 456-3610
Facsimile: (504) 456-3611
Email: peyton@glennmcgovern.com

/s/ Glenn C. McGovern
Glenn C. McGovern T.A.(La. Bar #9321)
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Physical Address:
2901 Division Street, Suite 201
Metairie, Louisiana 70002
Telephone: (504) 456-3610
Facsimile: (504) 456-3611
Email: gcmcg@mac.com

**ATTORNEYS FOR PLAINTIFF,
Melissa Rivera and Ricardo Silva Sr,**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on counsel for defendants by email, facsimile and by placing same in the U.S. Mail this 20th day of February, 2020.

/s/ Glenn C. McGovern
Glenn C. McGovern