UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA RIVERA AND <br> RICARDO SILVA SR. | * <br> * <br> * | CIVIL ACTION NO: 18-14005 |
| VERSUS | * <br> * | HONORABLE MARY ANN <br> VIAL LEMMON |
| JENNIFER ROBINSON AND HER INSURER, <br> STATE FARM MUTUAL INSURANCE <br> COMPANY, CHURCH OF THE KING, <br> INCORPORATED, D/B/A/ A/K/A/ CHURCH <br> OF THE KING AND ITS INSURER, CHURCH <br> MUTUAL INSURANCE COMPANY | * <br> * <br> * <br> * <br> * <br> * | <br> <br> <br> MAGISTRATE JUDGE <br> KAREN WELLS ROBY |

*********************************************************************

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

IT IS ORDERED that Callan Johns and Peyton Bowman of The Law Office of Glenn McGovern be and are hereby enrolled as counsel for Plaintiffs, Melissa Rivera and Ricardo Silva, Sr.

New Orleans, Louisiana   20th  day of    February   , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

1