UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA RIVERA AND** | * | **CIVIL ACTION NO: 18-14005** |
| **RICARDO SILVA SR.** | * | |
| | * | |
| **VERSUS** | * | **HONORABLE MARY ANN** |
| | * | **VIAL LEMMON** |
| **JENNIFER ROBINSON AND HER INSURER,** | * | |
| **STATE FARM MUTUAL INSURANCE** | * | |
| **COMPANY, CHURCH OF THE KING,** | * | |
| **INCORPORATED, D/B/A/ A/K/A/ CHURCH** | * | **MAGISTRATE JUDGE** |
| **OF THE KING AND ITS INSURER, CHURCH** | * | **KAREN WELLS ROBY** |
| **MUTUAL INSURANCE COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S MOTION TO ALLOW THE GOLDEN RULE TO BE ARGUED REGARDING LIABILITY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs Melissa Rivera and Ricardo Silva, Sr., parents of decedent Ricardo Silva, Jr., who respectfully requests this Honorable Court to grant Plaintiff's Contested Motion to Allow the Golden Rule to be Argued Regarding Liability for reasons more fully addressed in the attached Memorandum in Support. Counsel for defendant has been contacted and objects to the Motion.

**WHEREFORE**, Plaintiff Melissa Rivera and Ricardo Silva, Sr., parents of decedent Ricardo Silva, Jr., requests Motion to Allow the Golden Rule to be Argued Regarding Liability.

Respectfully Submitted:

*/s/ Glenn C. McGovern*
Glenn C. McGovern (Bar #9321)
Attorney & Counselor at Law
2901 Division St., Ste 201
Metairie, Louisiana 70002
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Telephone: (504) 456-3610
Facsimile: (504) 456-3611

Email: Glenn@glennmcgovern.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE AND OPPOSITION

I, hereby certify a copy of the foregoing Motion has been forwarded to defendants, through counsel of record via electronic filing 13th day of March, 2020.

*/s/ Glenn C. McGovern*
Glenn C. McGovern, Attorney for Plaintiff