

08.25.2018 17:37