UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA RIVERA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-14005** |
| **JENNIFER ROBINSON, ET AL** | **SECTION: "S" (4)** |

### ORDER AND REASONS

Before the court is defendants' **Motion for Partial Summary Judgment** (Rec. Doc. 127), seeking dismissal of respondeat superior liability claims against Church of the King, Inc. Plaintiffs have responded that they cannot adequately respond to the motion, because discovery is not complete and they have not had the opportunity to take the corporate deposition of Church of the King, Inc. or its senior pastor, to determine whether Jennifer Robinson was on a work-related phone call at or around the time of the accident. Accordingly, pursuant to Federal Rule of Procedure 56(d),

**IT IS HEREBY ORDERED** that defendants' **Motion for Partial Summary Judgment** (Rec. Doc. 127) is **CONTINUED** until **June 17, 2010**, at which time it will be taken under submission.

New Orleans, Louisiana, this   29th   day of May, 2020.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE