UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA RIVERA ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-14005** |
| **JENNIFER ROBINSON ET AL.** | **SECTION: "S" (4)** |

### NOTICE

In light of the projected rising numbers of COVID-19 cases, and my concern for the safety of prospective jurors, it is likely that your trial date will be upset. If you have any outstanding motions please file them as soon as possible. If you think a settlement conference would be productive please request one now. If your trial date is set aside it will be reset on a priority basis as soon as the number of COVID-19 cases seem to be under control. Thank you for your understanding.

New Orleans, Louisiana, this 18TH day of November, 2020.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**