UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELISSA RIVERA, ET AL**                      **CIVIL ACTION**

**VERSUS**                      **NO: 18-14005**

**JENNIFER ROBINSON, ET AL**                **SECTION: "S" (4)**

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that plaintiffs' **Motion to Continue Trial and Request for Virtual Trial** (Rec. Doc. 325) is **GRANTED in part** and **DENIED in part**.

Plaintiffs have moved for a continuance of the jury trial, currently set for June 14, 2021, due to a conflict resulting from the scheduling of another trial in Section M of this court, set for June 7 - June 15, 2021. They further request that due to the COVID-19 pandemic, the matter be set as a virtual trial via Zoom.

Defendants do not oppose the continuance, but request this matter not be re-set between July 9 - 24, 2020, when defendant Jennifer Robinson is scheduled to be traveling internationally for a mission trip. Defendants, do however, object to re-setting the matter as a virtual trial, via Zoom. They ask that the matter be re-set for a trial date for which it seems realistic that in-person jury trials could go forward. In so arguing, defendants point to the fact that the parties have listed 73 witnesses between them (although they acknowledge some are duplicates), and contend that while currently set as a five day trial, more likely at least seven days will be required.

The court agrees that a trial of this size would be too unwieldy to try virtually. Moreover, given that COVID-19 vaccinations have begun, the court is optimistic that in-person jury trials

will resume in the not too distant future. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' **Motion to Continue Trial and Request for Virtual Trial** (Rec. Doc. 325) is **GRANTED in part** and **DENIED in part**. This matter shall be rescheduled as an in-person jury trial, commencing after July 24, 2021.

New Orleans, Louisiana, this  13th  day of January, 2021.

*[signature]*
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**